In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-319 CV


____________________



UNITED PENTECOSTAL CHURCH INTERNATIONAL, INC., Appellant



V.



LARRY KING AND DORA KING, INDIVIDUALLY AND AS


NEXT FRIENDS OF KARI KING, Appellees






On Appeal from the 1st District Court


Jasper County, Texas


Trial Cause No. 25724






 MEMORANDUM OPINION


 The appellant, United Pentecostal Church International, Inc., filed a motion to dismiss
this accelerated appeal. The appellant alleges the parties settled the underlying suit and the
trial court has dismissed the lawsuit pursuant to the parties' agreement. The motion is
voluntarily made by the appellant prior to any decision of this Court and should be granted. 
Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is
granted and the appeal is dismissed.

 APPEAL DISMISSED.

 ______________________________

 HOLLIS HORTON

 Justice 

Opinion Delivered November 29, 2007

Before McKeithen, C.J., Kreger, and Horton, JJ.